G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
          jwahlgren@fgppr.com

Attorneys for TRAVELERS PROPERTY
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN DOUGHERTY, | Case No. 2:11-CV-01765-JAM-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR VDRP REFERRAL PURSUANT TO LOCAL RULE 271 |
| vs. | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation and DOES 1 through 10, inclusive, | Complaint Filed: May 27, 2011<br>Trial Date:     None Set<br><br>Hon. John A. Mendez |
| Defendants. | |

Plaintiff KEVIN DOUGHERTY ("Plaintiff") and Defendant TRAVELERS PROPERTY CASUALTY INSURACE COMPANY ("Defendant"), by and through their respective counsel, hereby submit this Stipulated Proposed Order for Voluntary Dispute Resolution Program ("VDRP") Referral pursuant to Local Rule 271.

1. The parties propose that the VDRP process be completed by January 31, 2012 and that the Neutral file confirmation of the completion by February 14, 2012.

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties agree that all forms of written discovery will continue during the VDRP. The parties agree to stay depositions pending the VDRP.

DATED: August 29, 2011    **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/_____
G. Edward Rudloff, Jr.
Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: August 29, 2011    **THE HAPPE LAW GROUP**

By: /s/_____
Tyler E. Happe
Attorney for Plaintiff Kevin Dougherty

Based on the foregoing and good cause appearing therefore, the stipulation of the Parties is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated: September 14, 2011

**/s/ John A. Mendez**
John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com