G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:(510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
        jwahlgren@fgppr.com

Attorneys for TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN DOUGHERTY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation and  DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:11-CV-01765-JAM-KJN<br><br>STIPULATION AND ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES<br><br>Complaint Filed: May 27, 2011<br>Trial Date:       June 18, 2012<br><br>Hon. John A. Mendez |

Plaintiff KEVIN DOUGHERTY ("Plaintiff") and Defendant TRAVELERS PROPERTY CASUALTY INSURACE COMPANY ("Defendant"), by and through their respective counsel, hereby submit this Stipulated Proposed Order for modification of the Status Order for an extension of the time for expert witness and rebuttal expert disclosures.

1. The time of expert witness disclosures provided in the Status Order is December 2, 2011.  The time of supplemental disclosure and disclosure of any rebuttal experts as stated in the Status Order is December 16, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties agree that the time for expert witness disclosures and subsequently any supplemental or rebuttal expert disclosures should be extended until after the close of discovery in order to allow any potential expert witnesses time to review evidence obtained during discovery.

3. The parties respectfully request the Court to amend the time for expert witness disclosures in the Status Order to March 20, 2012.  The parties also respectfully request that the Court amend the time for supplemental disclosure and disclosure of any rebuttal experts to April 3, 2010.  All other discovery deadlines remain the same.

DATED: November__, 2011    **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:__/s/_____
G. Edward Rudloff, Jr.
Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: November__, 2011    **THE HAPPE LAW GROUP**

By:  __/s/_____
Tyler E. Happe
Attorney for Plaintiff Kevin Dougherty

Based on the foregoing and good cause appearing therefor, the stipulation of the Parties to modify the status order to extend the time for expert witness and rebuttal expert disclosures is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated: __11/28/2011___
_____   /s/ John A. Mendez_____ ___
John A. Mendez
United States District Court Judge

-2-
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES CASE NO. 2:11-CV-01765-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com