1  G. EDWARD RUDLOFF, JR. (SBN 56058)
   JENNIFER N. WAHLGREN (SBN 249556)
2  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
   2000 Powell Street, Suite 900
3  Emeryville, CA  94608
   Telephone:(510) 740-1500
4  Facsimile: (510) 740-1501
   E-Mail: erudloff@fgppr.com
5          jwahlgren@fgppr.com

6  Attorneys for TRAVELERS PROPERTY
   CASUALTY INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT OF CALIFORNIA

9        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 KEVIN DOUGHERTY,                      Case No. 2:11-CV-01765-JAM-KJN

12              Plaintiff,               STIPULATION AND ORDER FOR
                                         MODIFICATION OF STATUS
13    vs.                                ORDER FOR EXTENSION OF THE
                                         TIME FOR DISCOVERY
14 TRAVELERS PROPERTY
   CASUALTY INSURANCE
15 COMPANY, a Connecticut                Complaint Filed:  May 27, 2011
   corporation and  DOES 1 through 10,   Trial Date:       June 18, 2012
16 inclusive,
                                         Hon. John  A. Mendez
17              Defendants.
                                     /
18

19        Plaintiff KEVIN DOUGHERTY ("Plaintiff") and Defendant TRAVELERS

20 PROPERTY CASUALTY INSURANCE COMPANY ("Defendant"), by and through

21 their respective counsel, hereby submit this Stipulated Proposed Order for

22 modification of the Status Order for an extension of the time for discovery.

23    1.  The Status Order provides that all discovery must be completed by February 3,

24        2012.

25    2.  The parties agree that the time for discovery should be extended to

26        accommodate the schedules of potential deponents, including but not limited to

27        Plaintiff Kevin Dougherty.

28
                                        -1-
   STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
   STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, CASE
   NO. 2:11-CV-01765-JAM-KJN

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

PDF created with pdfFactory trial version www.pdffactory.com

3.  The parties respectfully request the Court to amend the Status Order to extend the time to complete discovery to February 24, 2012.  All other discovery deadlines remain the same.

DATED:  January    , 2012        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:____/s/_____
G. Edward Rudloff, Jr.
Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED:  January    , 2012        **THE HAPPE LAW GROUP**

By:  ____/s/_____
Tyler E. Happe
Attorney for Plaintiff Kevin Dougherty

Based on the foregoing and good cause appearing therefor, the stipulation of the Parties to modify the status order to extend the time for discovery is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated:   1/18/2012_____

**/s/ John A. Mendez**_____
John A. Mendez
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, CASE NO. 2:11-CV-01765-JAM-KJN

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

PDF created with pdfFactory trial version www.pdffactory.com