G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:(510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
        jwahlgren@fgppr.com

Attorneys for TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN DOUGHERTY,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation and  DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:11-CV-01765-JAM-KJN<br><br>STIPULATION AND ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY<br><br>Complaint Filed: May 27, 2011<br>Trial Date:        June 18, 2012<br><br>Hon. John  A. Mendez |

Plaintiff KEVIN DOUGHERTY ("Plaintiff") and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY ("Defendant"), by and through their respective counsel, hereby submit this Stipulated Proposed Order for modification of the Status Order for an extension of the time for discovery.

1. The Status Order provides that all discovery must be completed by February 3, 2012.

2. The parties agree that the time for discovery should be extended to accommodate the schedules of potential deponents, including but not limited to Plaintiff Kevin Dougherty.

-1-
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, CASE NO. 2:11-CV-01765-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

3. The parties respectfully request the Court to amend the Status Order to extend the time to complete discovery to February 24, 2012. All other discovery deadlines remain the same.

DATED: January   , 2012      **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:___/s/_____
G. Edward Rudloff, Jr.
Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: January   , 2012      **THE HAPPE LAW GROUP**

By:   /s/_____
Tyler E. Happe
Attorney for Plaintiff Kevin Dougherty

Based on the foregoing and good cause appearing therefor, the stipulation of the Parties to modify the status order to extend the time for discovery is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated:  1/18/2012_____

**/s/ John A. Mendez**_____
John A. Mendez
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, CASE NO. 2:11-CV-01765-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com