G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
jwahlgren@fgppr.com

Attorneys for TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN DOUGHERTY,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-01765-JAM-KJN<br><br>STIPULATION AND ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES<br><br>Complaint Filed: May 27, 2011<br>Trial Date: June 18, 2012<br><br>[Hon. John A. Mendez] |

Plaintiff KEVIN DOUGHERTY ("Plaintiff") and Defendant TRAVELERS PROPERTY CASUALTY INSURACE COMPANY ("Defendant"), by and through their respective counsel, hereby submit this Stipulated Proposed Order for modification of the Status Order for an extension of the time for discovery, expert witness and rebuttal expert disclosures.

1. The Status Order, revised by order of this Court, provides that all discovery must be completed by February 24, 2012.

2. The parties agree that the time for discovery should be extended to accommodate the schedule of Plaintiff Kevin Dougherty, who has suffered a family emergency.

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES CASE NO. 2:11-CV-01765-JAM-KJN     1

PDF created with pdfFactory trial version www.pdffactory.com

3. The parties respectfully request the Court to amend the Status Order to extend the time to complete discovery to March 16, 2012.

4. The time of expert witness disclosures provided in the Status Order revised by order of this Court, is March 20, 2012. The time for supplemental disclosure and disclosure of any rebuttal experts as provided in the Status Order revised by order of this Court is April 3, 2012.

5. The parties agree that the time for expert witness disclosures and subsequently any supplemental or rebuttal expert disclosures should be extended to allow any potential expert witnesses time to review evidence obtained during discovery.

6. The parties respectfully request the Court to amend the time for expert witness disclosures in the Status Order to April 4, 2012. The parties also respectfully request that the Court amend the time for supplemental disclosure and disclosure of any rebuttal experts to April 18, 2012. All other discovery deadlines remain the same.

DATED: February__, 2012     **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: _____
G. Edward Rudloff, Jr.
Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: February__, 2012     **THE HAPPE LAW GROUP**

By: _____
Tyler E. Happe
Attorney for Plaintiff Kevin Dougherty

///
///
///

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES CASE NO. 2:11-CV-01765-JAM-KJN    2

PDF created with pdfFactory trial version www.pdffactory.com

1     Based on the foregoing and good cause appearing therefor, the stipulation of the Parties to modify the status order to extend the time for discovery, expert witness and rebuttal expert disclosures is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated: 2/21/2012                   /s/ John A. Mendez_____
                                             John A. Mendez
                                             United States District Judge

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF STATUS ORDER FOR EXTENSION OF THE TIME FOR DISCOVERY, EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES CASE NO. 2:11-CV-01765-JAM-KJN     3

PDF created with pdfFactory trial version www.pdffactory.com