G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@fgppr.com
         jwahlgren@fgppr.com

Attorneys for TRAVELERS PROPERTY
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN DOUGHERTY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. 2:11-CV-01765-JAM-KJN<br><br>STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL<br><br>Complaint Filed: May 27, 2011<br>Trial Date:　　　June 18, 2012<br><br>[Hon. John A. Mendez] |

　　　Plaintiff KEVIN DOUGHERTY ("Plaintiff") and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY ("Defendant"), by and through their respective counsel, hereby submit this Stipulation for Dismissal and Proposed Order of Dismissal.

　　　1.　　WHEREAS, Plaintiff has agreed to dismiss this action in its entirety with prejudice, under Federal Rule of Civil Procedure 41(a)(1); and

　　　2.　　WHEREAS, the parties to this action have executed a Settlement Agreement and General Release in Full; and

---

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 2:11-CV-01765-JAM-KJN　　　　　　　　　　　　　　　　1

3. WHEREAS, the parties to this action agree that each side it to bear its own costs in this matter; and

4. WHEREAS, the parties to this action agree, through their respective attorneys, that Plaintiff dismiss this action in its entirety, with prejudice, each side bearing its own costs.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

DATED: March 27, 2012           **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ G. Edward Rudloff, Jr.
G. Edward Rudloff, Jr.
Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: March 26, 2012           **THE HAPPE LAW GROUP**

By: /s/ Tyler E. Happe
Tyler E. Happe
Attorney for Plaintiff KEVIN DOUGHERTY

Based on the foregoing and good cause appearing therefor, the stipulation of the parties to dismiss this action with prejudice is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated: 4/11/2012           /s/ John A. Mendez
John A. Mendez
United States District Court Judge

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 2:11-CV-01765-JAM-KJN                         2

PDF created with pdfFactory trial version www.pdffactory.com